IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **GREGORY M. POTEET** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-14-1556 |
| **UNIVERSITY OF MARYLAND,** **FRANCIS KING CAREY SCHOOL OF LAW** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM

Now pending before the Court is the DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT (ECF No. 6). The Defendant filed a Memorandum in support (ECF No. 6-1). The Plaintiff has not responded to the Motion. The Motion will be granted. The Plaintiff never properly served the Defendant. More importantly, the Defendant has met the standard for summary judgment and the Plaintiff has not responded with any attempt to meet or overcome Defendant's proof. Summary judgment is entered in favor of the Defendant. A separate order will issue.

DATED this 10 day of July, 2014.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge